## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE:    Doris H. Saunders | ) | Case No. 13-34409-DOT |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| R.F. & P. Federal Credit Union | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Doris H. Saunders, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Carl M. Bates, Trustee, | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of R.F. & P. Federal Credit Union ("Movant"), to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the Movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit:  2007 Nissan Quest, VIN #5N1BV28U27N102079.

The Clerk is directed to send a copy of this Order upon entry to the undersigned parties.

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Movant

      Done at _____, Virginia this _____ day of _____, 2013.


                                            _____
                                            United States Bankruptcy Judge

I ask for this:

/s/ Edward S. Whitlock, III., Esq.
Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6251
Counsel for R.F. & P. Federal Credit Union

Seen and Agreed:


/s/ Nupa Agarwal, Esquire.
Nupa Agarwal, Esquire, VSB #42545
P.O. Box 17275
Richmond, VA 23226
Telephone: (804) 691-2655
Counsel for Debtor


/s/ Carl M. Bates, Trustee
Carl M. Bates Trustee
P.O. Box 1819
Richmond, VA 23218-1819
(804) 775-0979

**Local Rule 9022-1(C) Certification**

I hereby certify that on the 25th day of September, 2013 a true copy of the foregoing Agreed Order Granting Relief from Stay was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

/s/ Edward S. Whitlock, III, Esq.
Counsel for R.F. & P. Federal Credit Union

**CERTIFICATION**

The undersigned certifies that the foregoing Agreed Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

/s/ Edward S. Whitlock, III, Esq.
Counsel for R.F. & P. Federal Credit Union

Parties to Receive Copies:

Edward S. Whitlock, III, Esq.
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060

Nupa Agarwal, Esquire
P.O. Box 17275
Richmond, VA 23226

Carl M. Bates Trustee
P.O. Box 1819
Richmond,                                             VA                                              23218-1819

Doris H. Saunders
17 Bonsell Cove
Ruther Glen, VA 22546